IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHASE FROST,**<br>     **Plaintiff,**<br><br>     v.<br><br>**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,**<br>     **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 19-6115** |

**O R D E R**

**AND NOW**, this 19th day of July, 2021, upon consideration of defendant's Motion for Summary Judgment (Document No. 19, filed January 15, 2021), plaintiff's Motion for Summary Judgment (Document No. 20, filed January 15, 2021), plaintiff's Response to Defendant's Motion for Summary Judgment (Document No. 23, filed February 24, 2021), defendant's Brief in Support of Motion for Summary Judgment (Document No. 25, filed February 24, 2021), and the administrative record in this case, for the reasons stated in the accompanying Memorandum dated July 19, 2021, **IT IS ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **DENIED**; and

2. Defendant's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Provident Life and Accident Insurance Company, and **AGAINST** plaintiff, Chase Frost.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                                                            BY THE COURT:

                                                                            /s/ Hon. Jan E. DuBois
                                                                            _____
                                                                                 DuBOIS, JAN E., J.